**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:10-bk-02192 |
| NORTH BEACHES CASA DEL MAR, INC. | Chapter 11 |
| Debtor. | |

**DEBTOR'S MOTION FOR CONDITIONAL APPROVAL OF POST-PETITION**
**DISCLOSURES AND REQUEST TO SET CONFIRMATION HEARING**

North Beaches Casa Del Mar, Inc., the Debtor and Debtor-In-Possession (the "Debtor"), pursuant to 11 U.S.C. § 1125(f) and Rule 3017.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this motion (the "Motion") for an order conditionally approving the disclosures set forth in the Plan of Reorganization and Post-Petition Disclosures (Doc. 5) and fix a date for i) the confirmation hearing and final approval of the disclosure statement; ii) deadlines for objecting to the disclosures; and iii) deadlines within which the holders of claims and interests may file claims and may accept or reject the plan, and as support therefor, says:

1. On March 18, 2010 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code. This case is a "small business case" as that term is defined in the Bankruptcy Code. 11 U.S.C. §§ 101(51C) & 101(51D).

2. Also on the Petition Date, the Debtor filed its Plan of Reorganization and Post-Petition Disclosures (the "Plan").

3. The disclosures set forth in the Plan are those set forth Official Form 25B adopted under 28 U.S.C. § 2075. *See*, 11 U.S.C. §1125(f).

4. The Plan itself, when considering the disclosures set forth therein, provide adequate information as that term is defined in 11 U.S.C. § 1125(a) rendering a separate disclosure statement unnecessary. *Id.*

1

5. "In a small business case, the court may, on application of the plan proponent or on its own initiative, conditionally approve a disclosure statement filed in accordance with Rule 3016." Fed.R.Bankr.P. 3017.1(a). "If the plan is intended to provide adequate information under § 1125(f)(1), it shall be so designated and Rule 3017.1 shall apply as if the plan is a disclosure statement." Fed.R.Bankr.P. 3016. The Debtor so intended when it filed its Plan.

**WHEREFORE,** the Debtor respectfully requests that the Court enter its order conditionally approving post-petition disclosures, fixing a time within which the holders of claims and interest may file claims and may accept or reject the plan, fix a time for filing objections to the disclosures, fix a date for confirmation hearing and a hearing on final approval of the disclosures if a timely objection is filed, and any and all other relief the Court deems necessary and just.

Respectfully submitted on March 19, 2010.

          PARKER & DUFRESNE, P.A.

          */s/ Brett A. Mearkle*
          Brett A. Mearkle
          Florida Bar No. 644706

          8777 San Jose Blvd., Suite 301
          Jacksonville, FL 32217
          (904) 733-7766
          (904) 733-2919 facsimile
          bmearkle@jaxlawcenter.com

          *Proposed Counsel for North Beaches*
          *Casa Del Mar, Inc., the Debtor, Debtor-In-*
          *Possession, and Plan Proponent.*